AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>DAMON MICHAEL BECKLEY | )<br>)  Case: 1:21-mj-00060<br>)  Assigned to: Judge Robin M. Meriweather<br>)  Assign Date: 1/14/2021<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____01/06/2021_____ in the county of _____ in the

_____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a) | (Unlawful Entry of a Restricted Building) |
| 40 U.S.C. § 5104(e)(2) | (Disorderly Conduct on Capitol Grounds) |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

_____Sean P. Millett, Special Agent - FBI_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
<u>telephone.</u>

Date: _____01/14/2021_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____   _____Robin M. Meriweather, United States Magistrate Judge_____
*Printed name and title*