# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **DAMON MICHAEL BECKLEY,** <br><br> Defendant. | **Magistrate No.**_____ <br><br> **UNDER SEAL** |

## MOTION TO SEAL CRIMINAL COMPLAINT AND RELATED DOCUMENTS

The United States respectfully moves this Court to seal the criminal complaint, affidavit in support of the complaint, and arrest warrant in this case.

Sealing is necessary to avoid notification of the existence of the arrest warrant which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, or jeopardize the safety of the arresting officers or otherwise jeopardize the investigation.  Another procedure will not adequately protect the needs of law enforcement at this time.

The United States requests that the criminal complaint, affidavit in support of the complaint, and arrest warrant remain under seal until the arrest of the defendant, at which time the criminal complaint and affidavit in support of the complaint may be treated as a matter of public record.

The United States further requests that: (1) a certified copy of the complaint be provided to those law enforcement officials involved in the prosecution of the case; and (2) a copy of the sealed arrest warrant be made available to agents of the Federal Bureau of Investigation and other federal law enforcement officers for execution.

        Sincerely,

        MICHAEL SHERWIN
        ACTING UNITED STATES ATTORNEY

Date: January 14, 2021        By:      */s/ Peter Lallas*
        Peter C. Lallas
        Assistant United States Attorney
        New York Bar No. 4290623
        555 4th Street, NW
        Washington, DC 20530
        (202) 252-6879
        Peter.Lallas@usdoj.gov