AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
DAMON MICHAEL BECKLEY

)
) Case: 1:21-mj-00060
) Assigned to: Judge Robin M. Meriweather
) Assign Date: 1/14/2021
) Description: COMPLAINT W/ARREST WARRANT

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DAMON MICHAEL BECKLEY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)     (Unlawful Entry of a Restricted Building)
40 U.S.C. § 5104(e)(2)  (Disorderly Conduct on Capitol Grounds)

Date: 01/14/2021

Robin M. Meriweather
2021.01.14 18:28:27 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1·14·2021, and the person was arrested on *(date)* 1·16·2021
at *(city and state)* Cub Run, KY.

Date: 1·16·2021

*Arresting officer's signature*

Theodore Jones / SA
*Printed name and title*