AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>DAMON MICHAEL BECKLEY<br><br>_____<br>*Defendant* | ) Case: 1:21-mj-00060<br>) Assigned to: Judge Robin M. Meriweather<br>) Assign Date: 1/14/2021<br>) Description: COMPLAINT W/ARREST WARRANT<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    DAMON MICHAEL BECKLEY                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C.  §  1752(a)      (Unlawful Entry of a Restricted Building)
   40 U.S.C.  §  5104(e)(2)   (Disorderly Conduct on Capitol Grounds)

Date:    01/14/2021                                    Robin M. Meriweather
                                                       2021.01.14 18:28:27 -05'00'
                                                       _____
                                                       *Issuing officer's signature*

City and state:    Washington, D.C.                    Robin M. Meriweather, United States Magistrate Judge
                                                       *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1·14·2021 , and the person was arrested on *(date)* 1·16·2021<br>at *(city and state)* Cub Run, KY . |
| Date: 1·16·2021                                 _____<br>                                                 *Arresting officer's signature*<br><br>                                                 Theodore Jones /SA<br>                                                 *Printed name and title* |

FILED
JAMES J. VILT, CLERK

JAN 19 2021

AO 98 (Rev. 12/11) Appearance Bond

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# UNITED STATES DISTRICT COURT
### for the
Western District of Kentucky

| | |
|---|---|
| United States of America | ) |
| **v.** | ) |
| | ) |
| DAMON MICHAEL BECKLEY | ) |
| *Defendant* | ) |

Case No.  1:21MJ-16-hbb

## APPEARANCE BOND

### Defendant's Agreement

I, _Damon M Beckley_ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( X )    to appear for court proceedings;

    ( X )    if convicted, to surrender to serve a sentence that the court may impose; or

    ( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)  This is a personal recognizance bond.

( X ) (2)  This is an unsecured bond of $  25,000.00                        .

(   ) (3)  This is a secured bond of $ _____ , secured by:

    (  )  (a) $ _____ , in cash deposited with the court.

    (  )  (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

        If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (  )  (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;

(2)     the property is not subject to claims, except as described above; and

(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____                          _____
                                                                                    *Defendant's signature*

_____          _____
*Surety/property owner – printed name*                    *Surety/property owner – signature and date*

_____          _____
*Surety/property owner – printed name*                    *Surety/property owner – signature and date*

_____          _____
*Surety/property owner – printed name*                    *Surety/property owner – signature and date*

                                                                   CLERK OF COURT

Date: _____                          _____
                                                                                    *Signature of Clerk or Deputy Clerk*

Approved.

Date: _____                          _____
                                                                                    *Judge's signature*

**FILED**

JAMES J. VILT, CLERK

JAN 20 2021

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Western District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:21mj-16-HBB |
| DAMON MICHAEL BECKLEY | ) | |
| *Defendant* | ) | |

*AMENDED*

### APPEARANCE BOND

#### Defendant's Agreement

I, _Damon M Beckley_ ⊞ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )  to appear for court proceedings;
( X )  if convicted, to surrender to serve a sentence that the court may impose; or
( X )  to comply with all conditions set forth in the Order Setting Conditions of Release.

#### Type of Bond

(     ) (1)  This is a personal recognizance bond.

( X ) (2)  This is an unsecured bond of $  25,000.00                      .

(     ) (3)  This is a secured bond of $ _____ , secured by:

    (     ) (a) $ _____ , in cash deposited with the court.

    (     ) (b)  the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

        If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (     ) (c)  a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

#### Forfeiture or Release of the Bond

*Forfeiture of the Bond.*  This appearance bond may be forfeited if the defendant does not comply with the above agreement.  The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement.  At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

**Declarations**

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____                                           _____
                                                        *Defendant's signature*

_____                 _____
    *Surety/property owner – printed name*                      *Surety/property owner – signature and date*

_____                 _____
    *Surety/property owner – printed name*                      *Surety/property owner – signature and date*

_____                 _____
    *Surety/property owner – printed name*                      *Surety/property owner – signature and date*

                                                   *CLERK OF COURT*

Date: 1-20-21                                           _____
                                                  *Signature of Clerk or Deputy Clerk*

Approved.

Date: 1/20/21                                           _____
                                                   *Judge's signature*

AO 199A (Rev. 12/11) Order Setting Conditions of Release                                                                           Page 1 of ____4____ Pages

# UNITED STATES DISTRICT COURT
### for the
Western District of Kentucky

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
|  | ) | Case No.   1:21mj-16-HBB |
| DAMON MICHAEL BECKLEY | ) | |
| _____ | ) | |
| *Defendant* | | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   U.S. District Court, Washington, DC, via Zoom
_____
*Place*

See Attached Instructions
_____

on   _____ 1/27/2021 1:00 pm _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 12/11)  Additional Conditions of Release                                                        Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____  Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
                  Custodian                                                      Date

( ☑ )  (7)  The defendant must:
( ☑ )  (a)  submit to supervision by and report for supervision to the   Aaron Tant _____ ,
telephone number   502-851-1457   , no later than   *As Directed*   .
( ☐ )  (b)  continue or actively seek employment.
( ☐ )  (c)  continue or start an education program.
( ☐ )  (d)  surrender any passport to: _____
( ☐ )  (e)  not obtain a passport or other international travel document.
( ☑ )  (f)  abide by the following restrictions on personal association, residence, or travel:   Western District of KY and travel to DC for court purposes
_____
( ☐ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
( ☐ )  (h)  get medical or psychiatric treatment: _____
( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☑ )  (k)  not possess a firearm, destructive device, or other weapon.
( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.
( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ☐ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( ☐ )  (p)  This form of location monitoring shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release.
( ☐ )  (i)  **Curfew.** You are restricted to your residence every day from _____ to _____ or as directed by the supervising officer.
( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the supervising officer.
( ☐ )  (iii)  **Home Incarceration.** You are restricted to your residence at all times except for medical necessities and court appearances or other activities specifically approved by the Court.
( ☐ )  (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
( ☐ )  You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
( ☐ )  You must comply with the technology requirements and the form of Location Monitoring as indicated below.
( ☐ )  Location Monitoring Equipment To Be Used:
( ☐ )  Location monitoring technology at the discretion of the officer
( ☐ )  Radio Frequency (RF) Monitoring
( ☐ )  Active GPS Monitoring
( ☐ )  Voice Recognition
( ☑ )  (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
( ☐ )  (s)  The defendant shall contribute to the United States Probation Office's cost of services rendered based upon his/her ability to pay as reflected in his/her monthly cash flow as it relates to the court-approved sliding scale fee.

( × )  (t) Restricted use of internet.  No communications or any posts related to the protest or the matters related to the United States Government

( × )  (u) Not go on any state or federal property except for court or vehicular  registration purposes

( × )  (v) Not participate in any protests, rallies or demonstrations

AO 199C  (Rev. 09/08) Advice of Penalties                                                     Page 4 of 4 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony –  you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor –  you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(    ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  1/20/21                                           _____
                                                               *Judicial Officer's Signature*

                                                         H. BRENT BRENNENSTUHL, Magistrate Judge
                                                               *Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

**Kelly Lovell**

| | |
|---|---|
| **From:** | Weiser, David (USAKYW) <David.Weiser@usdoj.gov> |
| **Sent:** | Tuesday, January 19, 2021 1:16 PM |
| **To:** | Kelly Lovell |
| **Subject:** | FW: Magistrate Instructions and Zoom Information |

**CAUTION - EXTERNAL:**

Guidance for Mr. Beckley's first DC appearance is listed below.  We would like to schedule a DC court date no sooner than January 27.

Criminal Division,

I failed to include this in my nightly updates but because it is important want to get it to you now.  Below are the instructions from the Magistrate Court for what to tell other jurisdictions when your defendant is not held along with the Zoom link that should be included in their release order.

The Magistrate Judge presiding over the Rule 5 hearing in the jurisdiction of arrest shall determine whether the defendant should be released or detained pending removal to D.C.. If the defendant is released and the government does not wish to request detention when the defendant first appears before a D.C. Magistrate Judge, the Magistrate Judge in the jurisdiction of the arrest may order the defendant to report virtually at 1:00 p.m., on any weekday no sooner than 3 business days following the Rule 5 hearing in the jurisdiction of arrest. The call-in instructions for the virtual hearing are provided below.

If the defendant is released and the government wishes to seek detention when the defendant first appears before a D.C. Magistrate Judge, the Magistrate Judge in the jurisdiction of the arrest may order the defendant to report in person at 1:00 PM, on any weekday not sooner than 3 business days following the Rule 5 hearing in the jurisdiction of arrest, in Courtroom 06, United States District Court for the District of Columbia, 333 Constitution Avenue, NW Washington D.C.

No hearings of any kind should be scheduled on January 20th because it is a federal holiday in DC, and only virtual hearings should be scheduled on January 13th through 19th and January 21, because the courthouse will be closed due to national security event protocols instituted by the Metropolitan Police Department and the United States Secret Service.

Join ZoomGov Meeting
https://uscourts-dcd.zoomgov.com/j/1600140355?pwd=VTlkQ0ZEVmJOTVN3bmUwS05nZndZQT09

Meeting ID: 160 014 0355
Passcode: 634244

One tap mobile
+16692545252,,1600140355#,,,,,,0#,,634244# US (San Jose)
+16468287666,,1600140355#,,,,,,0#,,634244# US (New York)

Dial by your location
        +1 669 254 5252 US (San Jose)
        +1 646 828 7666 US (New York)
        +1 669 216 1590 US (San Jose)
        +1 551 285 1373 US

Meeting ID: 160 014 0355
Passcode: 634244
Find your local number: https://uscourts-dcd.zoomgov.com/u/alNbEloTB

Join by SIP
1600140355@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 014 0355
Passcode: 634244


Michelle A. Zamarin
U.S. Attorney's Office, Washington, D.C.
Chief, Federal Major Crimes
202-252-6931


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

AO 199A (Rev. 12/11)  Order Setting Conditions of Release                                    Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  1:21MJ-16-hbb |
| **DAMON MICHAEL BECKLEY** | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   U.S. District Court, Washington, DC, via Zoom

VIA ZOOM — *See attached instructions*
*Place*

on                                        1/27/2021 1:00 pm EST
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 12/11)  Additional Conditions of Release
Page ____ of ____ Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                    Custodian                                Date

( ☑ )  (7)  The defendant must:

( ☑ )  (a)  submit to supervision by and report for supervision to the   Aaron Tant _____ ,
telephone number   502-851-1457   , no later than _____ .

( ☐ )  (b)  continue or actively seek employment.

( ☐ )  (c)  continue or start an education program.

( ☐ )  (d)  surrender any passport to: _____

( ☐ )  (e)  not obtain a passport or other international travel document.

( ☐ )  (f)  abide by the following restrictions on personal association, residence, or travel: _____

( ☐ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

( ☐ )  (h)  get medical or psychiatric treatment: _____

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☐ )  (k)  not possess a firearm, destructive device, or other weapon.

( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☐ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ☐ )  (p)  This form of location monitoring shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release.

( ☐ )  (i)  **Curfew.**  You are restricted to your residence every day from _____ to _____ or as directed by the supervising officer.

( ☐ )  (ii)  **Home Detention.**  You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the supervising officer.

( ☐ )  (iii)  **Home Incarceration.**  You are restricted to your residence at all times except for medical necessities and court appearances or other activities specifically approved by the Court.

( ☑ )  (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

( ☐ )  You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

( ☐ )  You must comply with the technology requirements and the form of Location Monitoring as indicated below.

( ☑ )  Location Monitoring Equipment To Be Used:

( ☐ )  Location monitoring technology at the discretion of the officer
( ☐ )  Radio Frequency (RF) Monitoring
( ☑ )  Active GPS Monitoring
( ☐ )  Voice Recognition

( ☐ )  (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ )  (s)  The defendant shall contribute to the United States Probation Office's cost of services rendered based upon his/her ability to pay as reflected in his/her monthly cash flow as it relates to the court-approved sliding scale fee.

( ✕ )  (t)  Restrict use of internet.  No communications or any posts related to the protest or the matters related to the United States Government

( ✕ )  (u)  Do not go on capitoal grounds for the state or federal government

( ✕ )  (v)  Not participate in any protests

AO 199C  (Rev. 09/08)  Advice of Penalties                                Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: ____1/19/21____          _____
                                      *Judicial Officer's Signature*

                                        H. BRENT BRENNENSTUHL
                                        *Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

## Kelly Lovell

| | |
|---|---|
| **From:** | Weiser, David (USAKYW) <David.Weiser@usdoj.gov> |
| **Sent:** | Tuesday, January 19, 2021 1:16 PM |
| **To:** | Kelly Lovell |
| **Subject:** | FW: Magistrate Instructions and Zoom Information |

**CAUTION - EXTERNAL:**

Guidance for Mr. Beckley's first DC appearance is listed below.  We would like to schedule a DC court date no sooner than January 27.

Criminal Division,

I failed to include this in my nightly updates but because it is important want to get it to you now.  Below are the instructions from the Magistrate Court for what to tell other jurisdictions when your defendant is not held along with the Zoom link that should be included in their release order.

The Magistrate Judge presiding over the Rule 5 hearing in the jurisdiction of arrest shall determine whether the defendant should be released or detained pending removal to D.C.. If the defendant is released and the government does not wish to request detention when the defendant first appears before a D.C. Magistrate Judge, the Magistrate Judge in the jurisdiction of the arrest may order the defendant to report virtually at 1:00 p.m., on any weekday no sooner than 3 business days following the Rule 5 hearing in the jurisdiction of arrest. The call-in instructions for the virtual hearing are provided below.

If the defendant is released and the government wishes to seek detention when the defendant first appears before a D.C. Magistrate Judge, the Magistrate Judge in the jurisdiction of the arrest may order the defendant to report in person at 1:00 PM, on any weekday not sooner than 3 business days following the Rule 5 hearing in the jurisdiction of arrest, in Courtroom 06, United States District Court for the District of Columbia, 333 Constitution Avenue, NW Washington D.C.

No hearings of any kind should be scheduled on January 20th because it is a federal holiday in DC, and only virtual hearings should be scheduled on January 13th through 19th and January 21, because the courthouse will be closed due to national security event protocols instituted by the Metropolitan Police Department and the United States Secret Service.

Join ZoomGov Meeting
https://uscourts-dcd.zoomgov.com/j/1600140355?pwd=VTlkQ0ZEVmJOTVN3bmUwS05nZndZQT09

Meeting ID: 160 014 0355
Passcode: 634244

One tap mobile
+16692545252,,1600140355#,,,,,,0#,,634244# US (San Jose)
+16468287666,,1600140355#,,,,,,0#,,634244# US (New York)

Dial by your location
        +1 669 254 5252 US (San Jose)
        +1 646 828 7666 US (New York)
        +1 669 216 1590 US (San Jose)
        +1 551 285 1373 US

1

Meeting ID: 160 014 0355
Passcode: 634244
Find your local number: https://uscourts-dcd.zoomgov.com/u/alNbEloTB

Join by SIP
1600140355@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 014 0355
Passcode: 634244


Michelle A. Zamarin
U.S. Attorney's Office, Washington, D.C.
Chief, Federal Major Crimes
202-252-6931

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

_____

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **PLAINTIFF** | ) | **Criminal Action No. 1:21mj-00016-HBB** |
| v. | ) | H. BRENT BRENNENSTUHL, |
| | ) | Magistrate Judge |
| **DAMON MICHAEL BECKLEY** | ) | |
| | ) | |
| **DEFENDANT** | ) | |
| | ) | |

_____

## ORDER

On the 19TH day of January 2021, this action came before the undersigned, via videoconference, upon Defendant's initial appearance after execution of an arrest warrant issued by the District of District of Columbia, Case Number: 1:21mj-00060-RMM. There appeared the Defendant, Damon Michael Beckley, in custody, via video, from Grayson County Detention Center. Assistant United States Attorney David Weiser was present, via video, for the United States of America. The Defendant consented to have this hearing conducted via videoconference. The proceedings were digitally recorded.

The Defendant acknowledged receipt of the Complaint and acknowledged an understanding of the charges contained therein. The Defendant was advised of his Constitutional rights including his right to be represented by counsel. The Defendant advised the Court he will retain counsel in this matter. The Defendant thereby WAIVES his right to Court-appointed counsel.

The Defendant was advised of his rights with respect to Rule 5 proceedings as well as his right to request transfer of the proceedings to this District pursuant to Rule 20 of the Federal Rules of Criminal Procedure to plead guilty as to the charges. The Defendant advised the Court he waives his right to an identity hearing.

As to the matter of detention, counsel for the United States advised the Court the United States is not seeking detention in this action.  The Court having heard statements from the United States, having conferred with the United States Probation Officer and being otherwise sufficiently advised;

**IT IS ORDERED** the Defendant shall be released on a $25,000.00 unsecured Appearance Bond along with Order Setting Conditions of Release pending all further proceedings in this matter.

**IT IS ORDERED** the Defendant shall appear before United States Magistrate Judge Robin M. Meriweather at the United States District Court for the District of Columbia on **Wednesday, January 27, 2021, at 1:00 pm, EST,** via videoconference (Zoom).   The Zoom information is attached to Defendant's Order Setting Conditions of Release.

ENTERED this  January 20, 2021

*H. Brent Brennenstuhl*

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Copies to:     AUSA David Weiser
                United States Probation
                US District Court, District of Columbia

0|36

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **PLAINTIFF** | ) | **Criminal Action No. 1:21mj-00016-HBB** |
| v. | ) | H. BRENT BRENNENSTUHL, |
| | ) | Magistrate Judge |
| **DAMON MICHAEL BECKLEY** | ) | |
| | ) | |
| **DEFENDANT** | ) | |
| | ) | |

## ORDER

On the 20TH day of January 2021, this action came before the undersigned for a follow-up bond hearing. There appeared the Defendant, Damon Michael Beckley, in person in Bowling Green. Assistant United States Attorney David Weiser was present, via video, for the United States of America. The proceedings were digitally recorded.

During the Defendant's initial meeting with United States Probation, questions arose regarding some additional conditions that needed to be placed upon Defendant that were not discussed at the initial appearance. The Court conducted this hearing to review the conditions with Defendant and the United States.

**IT IS ORDERED** the Defendant shall be released on a $25,000.00 unsecured Amended Appearance Bond along with Order Setting Conditions of Release pending all further proceedings in this matter.

ENTERED this  January 20, 2021

*H. Brent Brennenstuhl*

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Copies to:    AUSA David Weiser
                United States Probation
                US District Court, District of Columbia

0|37

# U.S. District Court
## Western District of Kentucky (Bowling Green)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-00016-HBB All Defendants

Case title: USA v. Beckley
Other court case number: 1:21-mj-00060 USDC, District of Columbia

Date Filed: 01/19/2021
Date Terminated: 01/21/2021

---

Assigned to: Magistrate Judge H. Brent Brennenstuhl

**Defendant (1)**

**Damon Michael Beckley**
*TERMINATED: 01/21/2021*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| Removal from District of Columbia | |

---

**Plaintiff**

| **USA** | represented by | **David R. Weiser** |
| --- | --- | --- |
| | | U.S. Attorney Office - Louisville |
| | | 717 W. Broadway |
| | | Louisville, KY 40202 |
| | | 502-625-7068 |
| | | Fax: 502-582-5097 |
| | | Email: david.weiser@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2021 | | Arrest (Rule 5) of Damon Michael Beckley (CDF) (Entered: 01/19/2021) |
| 01/19/2021 | 1 | Rule 5 Documents Received from District of Columbia, Case Number 1:21-mj-00060, as to Damon Michael Beckley. (Attachments: # 1 Rule 5 Documents, # 2 Rule 5 Documents, # 3 Rule 5 Documents) (CDF) (Entered: 01/19/2021) |
| 01/19/2021 | 2 | Case Assignment: Case Assigned to Magistrate Judge H. Brent Brennenstuhl. (CDF) (Entered: 01/19/2021) |
| 01/19/2021 | 3 | SEALED DOCUMENT re 1 Rule 5 Documents Received (CDF) (Entered: 01/19/2021) |
| 01/19/2021 | 4 | Appearance Bond with Order Setting Conditions of Release Entered as to Damon Michael Beckley in amount of $25,000 unsecured. (Further appearance instructions included.) (CDF) (Entered: 01/20/2021) |
| 01/19/2021 | | Proceedings held before Magistrate Judge H. Brent Brennenstuhl: Initial Appearance in Rule 5(c)(3) Proceedings as to Damon Michael Beckley held on 1/19/2021 (Court Reporter - digitally recorded.) (CDF) (Entered: 01/21/2021) |
| 01/20/2021 | 5 | AMENDED Appearance Bond with Order Setting Conditions of Release Entered as to Damon Michael Beckley in amount of $25,000 unsecured, re 4 . (CDF) (Entered: 01/20/2021) |
| 01/21/2021 | 6 | ORDER by Magistrate Judge H. Brent Brennenstuhl on 1/20/2021 as to Damon Michael Beckley. Defendant's initial appearance held on 1/19/2021 after execution of an arrest warrant issued by the District of Columbia. Defendant advised the Court he will retain counsel in this matter. Defendant WAIVES his right to Court-appointed counsel. Defendant advised the Court he waives his right to an identity hearing. Defendant shall be released on a $25,000.00 unsecured Appearance Bond along with Order Setting Conditions of Release pending all further proceedings in this matter. IT IS ORDERED the Defendant shall appear before United States Magistrate Judge Robin M. Meriweather at the United States District Court for the District of Columbia on Wednesday, January 27, 2021, at 1:00 pm, EST, via videoconference (Zoom). cc: Counsel; Damon Michael Beckley; USP; USDC, DC (CDF) (Entered: 01/21/2021) |
| 01/21/2021 | 7 | ORDER for proceedings held before Magistrate Judge H. Brent Brennenstuhl: Follow-up Bond Hearing as to Damon Michael Beckley held on 1/20/2021. Proceedings digitally recorded. During the Defendant's initial meeting with United States Probation, questions arose regarding some additional conditions that needed to be placed upon Defendant that were not discussed at the initial appearance. The Court conducted this hearing to review the conditions with Defendant and the United States. IT IS ORDERED the Defendant shall be released on a $25,000.00 unsecured Amended Appearance Bond along with Order Setting Conditions of Release pending all further proceedings in this matter. cc: Counsel; Damon Michael Beckley; USP; USDC, DC (CDF) (Entered: 01/21/2021) |
| 01/21/2021 | 8 | Notice to USDC, District of Columbia of a Rule 5 or Rule 32.1 Initial Appearance as to Damon Michael Beckley. Your case number is: 1:21-mj-00060-RMM. Docket sheet and documents attached. Restricted documents, if applicable, will be sent by separate email to Court. Request for certified copies of documents should be sent to kywdml_CRAssignment@kywd.uscourts.gov. (CDF) (Entered: 01/21/2021) |
| 01/27/2021 | 9 | NOTICE of filing - E-mail received from Defendant Beckley and Court's response. (CDF) (Entered: 01/27/2021) |
| 01/27/2021 | | Remark re 9 - A copy of DN 9 with an updated docket report e-mailed to USDC, District of Columbia, this date. (CDF) (Entered: 01/27/2021) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/03/2021 13:43:39 | | |
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-mj-00016-HBB |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**